IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
                                          )    No. 3-13-00271
v.                                   )
                                          )
JAMES OLIVER DAVIDSON    )

O R D E R

A hearing on the government's motion for detention was held on January 29, 2014, and, as reflected in the order entered January 29, 2014 (Docket Entry No. 15), the Court found that there were conditions of release that would reasonably assure that the defendant would not be a risk of flight or danger to the community, including being placed in the third party custody of Dana Nero. The defendant and the Court signed a release order, setting out the conditions of the defendant's release that would become effective once the Court was notified that Ms. Nero had arranged for a telephone land line to be installed in her home for electronic monitoring. The defendant was to remain in custody until that time, and the order was to be entered upon the defendant's release.

By motion filed on February 26, 2014 (Docket Entry No. 18), the defendant advised the Court that Ms. Nero was unable to "house the defendant," and sought a modification of the conditions of his release to allow him to live in a half-way house.[1]

Upon the Court's request, counsel for the government and the defendant and the Pretrial Services Officer called the Court on February 27, 2014, at which time defendant's counsel reported that a halfway house sponsored by Greater Faith Community Action Corp. in Robertson County has an opening for the defendant.

A hearing is scheduled on **Tuesday, March 4, 2014, at 1:00 p.m.,** in Courtroom 764, on the defendant's motion to modify conditions of release.

The Marshal shall produce the defendant for the hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Defendant had filed a status report on February 12, 2014 (Docket Entry No. 16), indicating that Ms. Nero was still "working out the details of having the defendant reside in her home."